UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 19-cr-00110 |
|---|---|---|
| VERSUS | : | UNASSIGNED DISTRICT JUDGE |
| JAMES BERGERON | : | MAGISTRATE JUDGE KAY |

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [doc. #13] and in the transcript previously filed herein, [doc. #6] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections, [doc. #7] and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **JAMES BERGERON** on April 11, 2019 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

SIGNED this 15th day of April, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE